No. 5153.

LORMY SANDERSON *v.* THE STATE.

CARRYING A PISTOL—FACT CASE.—See the opinion for evidence *held* insufficient to support a conviction for carrying a pistol.

APPEAL from the County Court of McLennan. Tried below before the Hon. W. W. Evans, County Judge.

The opinion states the case. The penalty assessed was a fine of twenty-five dollars.

*Anderson, Flint & Anderson,* for the appellant.

*W. L. Davidson,* Assistant Attorney General, for the State.

HURT, JUDGE. Upon the following testimony appellant was convicted of unlawfully carrying a pistol:

J. W. Simpson testified: One day last February, in McLennan county, Texas, witness and defendant were riding along the road going after wood, and a rabbit jumped up, and he, witness, handed defendant his, witness's, pistol, and asked defendant to shoot the rabbit. Defendant took the pistol, walked a step or two, shot at the rabbit and handed it back to witness.

The evidence does not support the conviction. (Cathey v. The State, ante p. 492.)

*Reversed and remanded.*